# United States Court of Appeals
## For the First Circuit

No. 23-1443

AMGAD SAMIR HALIM KHALIL,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: July 10, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Petitioner Amgad Samir Halim Khalil to file a brief and appendix be enlarged to and including **August 25, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Bernard Joseph
Saher Joseph Macarius
Anthony Paul Nicastro
Oil
Yanal H. Yousef